## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC., UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, PANOPTIS PATENT MANAGEMENT, LLC, | § § § § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00310-JRG |
| TESLA INC., | § § | |
| *Defendant*. | § § | |

## <u>ORDER</u>

Before the Court is the Joint Motion and Stipulation of Dismissal Without Prejudice (the "Stipulation") filed by Plaintiffs Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet, LLC, Unwired Planet International Limited, and PanOptis Patent Management, LLC, and Defendant Tesla, Inc. (collectively, the "Parties"). (Dkt. No. 41). In the Stipulation, the Parties stipulate to the dismissal without prejudice of all the Parties' respective claims and counterclaims asserted in the above-captioned case pursuant to Fed. R. Civ. P. 41.

Having considered the Stipulation, the Court **ACCEPTS** and **ACKNOWLEDGES** that all of the Parties' respective claims and counterclaims asserted in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case because no claims or parties remain.

**So ORDERED and SIGNED this 2nd day of March, 2021.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE